JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-7169
    Melanie.Proctor@usdoj.gov

***E-FILED - 3/6/09***

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SARAH WUNDERLICH, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> CAPTAIN TOBY YOUNG, Elmwood ) <br> Complex Commander, Elmwood Complex ) <br> Women's Facility; et al., ) <br> ) <br> Respondents. ) <br> _____ ) | No. C 09-0686 RMW <br><br> STIPULATION TO BRIEFING <br> SCHEDULE AND ORDER |

    The Petitioner, by and through her attorney of record, and Respondents, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to the following briefing schedule, in light of the following:

    1.    On or about October 3, 2008, Immigration and Customs Enforcement apprehended Petitioner, placed her in custody, and initiated removal proceedings. On January 21, 2009, an immigration judge ordered Petitioner removed from the United States. Petitioner has appealed that decision to the Board of Immigration Appeals.

    2.    On February 17, 2009, Petitioner filed the instant Petition for a Writ of Habeas Corpus with this Court.

///

STIPULATION TO BRIEFING SCHEDULE
C 09-0686 RMW

3. The parties propose that the following briefing schedule be set:

| | |
|---|---|
| Last day for Respondents to file Return | March 17, 2009 |
| Last day for Petitioner to file Traverse | April 17, 2009 |

Dated: February 25, 2009

Respectfully Submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
MELANIE L. PROCTOR [1]
Assistant United States Attorney
Attorneys for Respondents

Dated: February 25, 2009

_____/s/_____
ROBERT B. JOBE
Attorney for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 3/6/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION TO BRIEFING SCHEDULE
C 09-0686 RMW