JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
ILA C. DEISS (NYSBN 3052909)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7124
    FAX: (415) 436-7169
    Ila.Deiss@usdoj.gov

***E-FILED - 7/16/09***

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| SARAH WUNDERLICH, | ) | No. C 09-0686 RMW |
|     Petitioner, | ) | |
| v. | ) | **STIPULATION TO DISMISS; AND [] ORDER** |
| CAPTAIN TOBY WONG, Elmwood Complex Commander, Elmwood Complex Women's Facility; et al., | ) | |
|     Respondents. | ) | |

    Subject to the Court's approval, the parties hereby stipulate to dismissal of the action because the United States Immigration and Customs Enforcement ("ICE") has agreed to release Petitioner from custody with conditions on June 29, 2009.

///

///

///

///

///

Stipulation to Dismiss
C 09-0686 RMW                             1

1   The parties will bear their own costs and fees.

3   Dated: June 26, 2009                                Respectfully submitted,

4                                                       JOSEPH P. RUSSONIELLO
                                                        United States Attorney

6                                                       _____/s/_____
                                                        ILA C. DEISS
                                                        Assistant United States Attorney
7                                                       Attorneys for Respondents

9   Date: June 26, 2009                                 _____/s/_____
                                                        ROBERT JOBE
10                                                      Attorney for Petitioner

12                                                      **ORDER**

13  Pursuant to stipulation, IT IS SO ORDERED.

15  Date: 7/16/09                                       *Ronald M. Whyte*
16                                                      _____
                                                        RONALD M. WHYTE
                                                        United States District Judge

Stipulation to Dismiss
C 09-0686 RMW                           2